

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 01-36543 SR |
| | § | Pending in the Eastern District of |
| 22 ACQUISITION CORP., a Delaware | § | Pennsylvania Bankruptcy Court |
| Corporation, | § | |
| | § | CHAPTER 11 |
| | § | |

| | | |
|---|---|---|
| EDITH SIMMONS, Individually | § | |
| and on Behalf of the Estate of | § | |
| VELMA CHERRY, DECEASED; | § | |
| and BRENSON CHERRY, | § | |
| | § | |
| vs. | § | CASE NO. 2-05CV-169 _TJW |
| | § | |
| 22 ACQUISITION CORP., d/b/a | § | |
| MERRITT PLAZA REHABILITATION | § | |
| CENTER; JOHN MCDONALD, D.O.; | § | |
| HOSPICE OF EAST TEXAS; | § | |
| ROY FREEBOURN; DONALD J. | § | |
| MCKAY; TOTAL HEALTHCARE | § | |
| CONSULTANTS OF TEXAS, LLC, | § | |
| d/b/a ZA CONSULTING OF TEXAS, | § | |
| L.L.C.; GRACE CARE OF TEXAX, | § | |
| INC. a/k/a PROVIDENT CARE | § | |
| CENTERS OF TEXAS, INC., a/k/a | § | |
| COMMUNITY CARE CENTER OF | § | |
| MARSHALL; STEVEN FISHMAN; | § | |
| ZA CONSULTING, L.L.C. and | § | |
| GE HSF HOLDINGS, INC. | § | |

### GE HSF HOLDING, INC.'S NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant GE HFS HOLDINGS, INC., ("GEHFS"), hereby removes the above-captioned action (the "Removed Action") from the 71st Judicial District Court of Harrison County, Texas, Cause No. 03-0891, to this Court pursuant to 28 U.S.C. §§ 1334 and 1452 and Federal Rule of Bankruptcy Procedure 9027.

AS GROUNDS FOR SUCH Removal, GE HFS states as follows:

GE HSF HOLDINGS, INC.'S NOTICE OF REMOVAL                                    Page 1

1.   22 Acquisition Corporation ("22 Acquisition") is the reorganized debtor in the above-captioned Chapter 11 bankruptcy case pending in the United States Bankruptcy Court for the Eastern District of Pennsylvania (the "EDPA Bankruptcy Court"), Case No. 01-36543 (the "Bankruptcy Case").

2.   GEHFS was the primary secured creditor of 22 Acquisition pursuant to a pre-petition loan and security agreement between GEHFS and 22 Acquisition. As security for its secured claim, GEHFS was granted and held, among other things, a first position, valid and perfected lien and security interest in all of 22 Acquisition's accounts, accounts receivable, other rights to payment of any kind, and all proceeds therefrom.

3.   On or about June 9, 2004, the EDPA Bankruptcy Court entered an "<u>Order: (I) Granting Motion Of GE HFS Holdings, Inc. For Approval Of Disclosure Statement And For Approval of Plan Solicitation And Voting Procedures; (II) Approving First Amended Disclosure Statement Accompanying First Modified Plan Of Reorganization Of 22 Acquisition Corp; And (III) Fixing Bar Date And Approving Bar Date Notice And Procedures Regarding 'Other Administrative Claims'</u>" (the "Disclosure Statement Order"). In the Disclosure Statement Order, the EDPA Bankruptcy Court expressly ordered that there would be, and expressly approved the form of, a "<u>Notice Of Bar Date For Filing 'Other Administrative Claims'</u>" (the "OAC Bar Date Notice"). Consistent with a plan of reorganization (as filed and as confirmed with all modifications, the "Plan") filed by GEHFS in the Bankruptcy Case, both the Disclosure Statement Order and the OAC Bar Date Notice, defining "Other Administrative Claims", specified that Other Administrative Claims "are Tort Claims related to personal injury, property damage, products liability, wrongful death, or other similar alleged wrongs occurring on or after the November 28, 2001 filing date of the Bankruptcy Case."

4. Both the Disclosure Statement Order and the OAC Bar Date Notice expressly provided that all Other Administrative Claims must be filed with the Clerk of the EDPA Bankruptcy Court by July 16, 2004 (the "OAC Bar Date"); and that every Other Administrative Claim that was not filed timely by the OAC Bar Date "shall be <u>forever barred and disallowed, and</u> shall not receive any payment in the Debtor's Bankruptcy Case." <u>Id.</u> (emphasis added).

5. In the Removed Action, the underlying claim of the Plaintiffs, from which all claims in the Removed Action derive, was an Other Administrative Claim against 22 Acquisition in the Bankruptcy Case. Accordingly, the Plaintiffs were obliged by the Disclosure Statement Order and the OAC Bar Date Notice to file that Other Administrative Claim with the Clerk of the EDPA Bankruptcy Court by the OAC Bar Date, or to have that Other Administrative Claim "forever barred and disallowed."

6. The Plaintiffs indisputably received due and proper notice of the Disclosure Statement Order, the OAC Bar Date Notice, and the OAC Bar Date. In this regard, on June 17, 2004, a "Solicitation Package" in the Bankruptcy Case was sent to all of 22 Acquisition's creditors and other interested parties, specifically including, without limitation, the Plaintiffs in care of their counsel. Each such Solicitation Package included, among other things, the Disclosure Statement Order and the OAC Bar Date Notice.

7. The Claims Register in the Bankruptcy Case shows that the Plaintiffs did not file any Other Administrative Claim by the OAC Bar Date. Accordingly, any Other Administrative Claim of the Plaintiffs (including their claim from which all claims in the Removed Action derive) has been finally adjudicated by the EDPA Bankruptcy Court to be "forever barred and disallowed" pursuant to the Disclosure Statement Order and the OAC Bar Date Notice (and as otherwise further described below).

8. Furthermore, on August 17, 2004, the EDPA Bankruptcy Court entered an "Order Confirming First Modified Plan Of Reorganization Of 22 Acquisition Corp. Proposed By GE HFS Holdings, Inc. Formerly Known As Heller Healthcare Finance, Inc. (Including Supplemental Modifications Dated As Of June 3, 2004 And July 26, 2004" (the "Confirmation Order"). The Confirmation Order confirmed the Plan proposed by GEHFS and is further completely dispositive of all claims, including all Other Administrative Claims, that were claims against 22 Acquisition.

9. On or about March 9, 2005, the Plaintiffs joined GEHFS and other parties as Defendants in the Removed Action by filing their "Plaintiffs' Second Amended Petition" (the "Amended Petition") in the Removed Action. The Amended Petition was served on GEHFS on April 7, 2005.

10. The Amended Petition affects the administration of 22 Acquisition's assets and bankruptcy estate in the Bankruptcy Case and the execution of the Plan confirmed by the Confirmation Order.

11. The Amended Petition also violates and collaterally attacks final adjudications made by the EDPA Bankruptcy Court in the Bankruptcy Case, including, without limitation, such adjudications made pursuant to the Disclosure Statement Order and the Confirmation Order.

12. Jurisdiction over the Removed Action is proper in this Court pursuant to 28 U.S.C. §§ 1334(b) and 1452 and some or all claims in the Removed Action may be referred to the bankruptcy court in this District pursuant to 28 U.S.C. §§ 157(a) and 157(b)(1).

13. Venue of the Removed Action is proper in this Court pursuant to 28 U.S.C. § 1409(a).

14. The Amended Petition presents a core proceeding pursuant to 28 U.S.C. §157 (b)(2) in which a bankruptcy court (after reference by this Court) has jurisdiction to enter a final order or judgment.

WHEREFORE, notice is given that the Removed Case is removed from the District Court for Harrison County, Texas to the United States District Court for the Eastern District of Texas.

This Notice of Removal is signed pursuant to Federal Rule of Bankruptcy Procedure 9011; and it is well grounded in fact and warranted by law. All process and pleadings regarding the Removed Action filed in the 71st Judicial District Court for Harrison County, Texas, which are available from the state court records are attached hereto as Exhibit "A".

DATED: May 5, 2005.

SOPUCH ARNETT HIGGINS & GAUBERT, LLP

By: _____
J. Robert Arnett II
State Bar No. 01332900
Jamil N. Alibhai
State Bar No. 00793248

4650 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
(214) 760-0900
(214) 760-0905 (fax)

-and-

John J. Dawson
John A. Harris
Lori L. Winkelman
QUARLES & BRADY STREICH LANG LLP
Renaissance One
Two North Central Avenue
Phoenix, Arizona 85004-2391
(602) 229-5200
(602) 229-5650 (fax)
**Attorneys for GE HFS HOLDINGS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing GE HSF HOLDINGS, INC.'S NOTICE OF REMOVAL was served on the counsel of record listed below via U.S. mail this 5th day of May, 2005:

Randall D. Moore, Esq.
1824 Eighth Avenue
Fort Worth, Texas 76110
**Attorney for Edith Simmons, Individually and on Behalf of the Estate of Velma Cherry, Deceased; and Brenson Cherry**

Lance Vincent
RITCHESON, LAUFFER, VINCENT & DUKES
3301 Golden Road, Suite 400
Tyler, Texas 75701
**Attorneys for John McDonald, D.O.**

Scott D. Greener
ADAMS & COFFEY
The Millennium Center
North Tower
222 W. Las Colinas Boulevard, Suite 2030
Irving, Texas 75039
**Attorneys for Hospice of East Texas**

Jason R. Searcy
JASON R. SEARCY, P.C.
P.O. Box 3929
Longview, Texas 75606
**Co-Counsel for Hospice of East Texas**

Delta S. Best
Allison L. Spruill
BEST & SPRUILL, P.C.
7801 N. Capital of Texas Hwy., Suite 260
Austin, Texas 78731
**Attorneys for 22 Acquisition Corp., d/b/a Rehabilitation and Living Center**

Roy Freebourn
1805 Wickwood Circle
Argyle, Texas 76226

Donald J. McKay
2113 Fairfax Street
Denton, Texas 76205

Total Healthcare Consultants of Texas, L.L.C.
d/b/a ZA Consulting of Texas, L.L.C.
c/o Donald J. McKay
2113 Fairfax Street
Denton, Texas 76205

Grace Care of Texas, Inc., a/k/a Provident Care Centers of Texas, Inc., a/k/a Community Care Center of Marshall
c/o Roy Freebourn
1805 Wickwood Circle
Argyle, Texas 76226

Steven Fishman
Secretary of State
P.O. Box 12887
Austin, Texas 78711-2887

ZA Consulting, L.L.C.
Secretary of State
P.O. Box 12887
Austin, Texas 78711-2887

/s/ Jamil N. Alibhai

\\Sbs2003\shared\GE\Pleadings\NOTICE OF REMOVAL.doc

# Civil Docket
## 71st Judicial District

Case No. 03-0891  
HARRISON County

May 3rd, 2005  
10:44am

EDITH SIMMONS, INDIV & ON BHLF OF EST  
VELMA CHERRY, DECEASED & BRENSON  
CHERRY vs. 22 ACQUISITION CORP., DBA  
MERRIT PLAZA REHAB & LIVING CTR. &  
JOHN MCDONALD

Filed : 08/26/2003  
Status: Filed  
Type: DAMAGE WITH-OUT MOTOR

Judge  
   Bonnie Leggat

Court Reporter  
   Lynn Skinner

*TRUE COPY of the Original hereof, I certify*  
*Sherry Griffis*  
*District Court Clerk*  
*Harrison County, Texas*  
*Deputy Clerk*

| Date | | Volume | Page |
|---|---|---|---|

### Events & Orders of the Court

| Date | Entry |
|---|---|
| 08/26/03 | PLAINTIFF S ORIGINAL PETITION |
| 08/26/03 | DISCLOSURE  
PLAINTIFFS REQUEST FOR DISCLOSURE TO DEFENDANTS |
| 08/26/03 | CITATION Issued -Defendant. JOHN MCDONALD D O |
| 08/26/03 | CITATION Issued -Defendant JOHN MCDONALD D O |
| 09/05/03 | CITATION RETRND TO ATTY FOR SERVICE Served - 22 ACQUISITION CORP ET AL |
| 09/11/03 | CITATION Served - JOHN MCDONALD D O - Answer due: 10/06/03 - SO |
| 09/11/03 | CITATION Served - JOHN MCDONALD D O - Answer due: 10/06/03 |
| 09/12/03 | CITATION Served - JOHN MCDONALD D O - Answer due: 10/06/03 - 3 |
| 10/02/03 | ORIGINAL ANSWER  
DEFENDANT JOHN MCDONALD D O S SPECIAL EXCEPTIONS AND ORIGINAL ANSWER TO PLAINTIFFS ORIGINAL PETITION (POTTER MINTON) LANCE VINCENT |
| 10/03/03 | ORIGINAL ANSWER  
DFNDT ORIG ANS AND JURY DEMAND 22 ACQUISTION (BEST & SPRUILL - DELTA BEST) |
| 10/03/03 | Answer Filed -Defendant 22 ACQUISTION CORP ET AL |
| 11/03/03 | RESPONSE  
PLNTFS RESPONSE TO REQUEST FOR DISCLOSURE OF DFDNT 22 ACQUISITION D/B/A MERRITT PLAZA REHABILITATION AND LIVING CENTER AND JOHN MCDONALD D.O |
| 11/03/03 | OTHER  
PLNTFS EDITH SIMMONS INDIV ANS AND OBJCTNS TO DFNDT JOHN MCDONALD D O FIRST SET OF INTERROGATORIES |
| 11/03/03 | OTHER  
PLNTFS EDITH SIMMONS AS PERSONAL REPRESEMTATATIVE OF THE ESTATE OF VELMA CHERRY DECEASED ANS & OBJCTNS TO DFNDT JOHN MCDONALD FIRST SET OF INTERROGATORIES |
| 11/03/03 | OBJECTIONS |

Page 1

**EXHIBIT A**

# Civil Docket
## 71st Judicial District

Case No. 03-0891  
HARRISON County

May 3rd, 2005  
10:44am

| Date | | Volume | Page |
|---|---|---|---|

### Events & Orders of the Court (cont.)

| Date | Entry |
|---|---|
| | PLNTF BRENSON CHERRY OBJCTN & ANS TO DFNDT JOHN MCDONALD D O FIRST SET OF INTERROGATORIES |
| 11/03/03 | RESPONSE |
| | PLNTFS EDITH SIMMONS INDIV RSPONSE & OBJCTNS TO DFNDT JOHN MCDONALD D O.FIRST REQUEST FOR PRODUCTION |
| 11/03/03 | RESPONSE |
| | PLNTF EDITH SIMMONS AS PERSONAL REPRESENTATIVE OF THE ESTATE OF VELMA CHERRY DECEASEE RESPONSE TO OBJCTNS TO DFNDT JOHN MCDONALD D O  FIRST REQUEST FOR PRODUCTION |
| 11/03/03 | OBJECTIONS |
| | PLNTF BRENSON CHERRY OBJCTNS & RESPONSES TO DFNDT JOHN MCDONALD D O  FIRST REQUEST FOR PRODUCTION |
| 12/01/03 | ORDER SETTING HEARING |
| | ORDER SETTING HEARING ON DFNDT SPECIAL EXCEPTION |
| 12/15/03 | OTHER |
| | DEPOSITION BY WRITTEN QUESTIONS |
| 12/29/03 | NOTICE |
| | REGARDING DEPOSITION BY WRITTEN QUESTIONS (2) |
| 01/05/04 | OTHER |
| | DEPOSITION BY WRITTEN QUESTIONS |
| 01/06/04 | SPECIAL EXCEPTIONS |
| 01/13/04 | OTHER |
| | DEPOSITION BY WRITTEN QUESTIONS |
| 01/16/04 | VACATION LETTER |
| | VACATION LETTER FROM LANCE VINCENT |
| 01/26/04 | VACATION LETTER |
| | VACATION LETTER FROM DELTA BEST |
| 02/09/04 | DEPOSITION |
| | DEPOSITION BY WRITTEN QUESTIONS |
| 02/23/04 | OTHER |
| | PLNTFS 4590I EXPORT REPORT |
| 03/18/04 | CITATION BY CERTIFIED MAIL Issued -Defendant  HOSPICE OF EAST TEXAS |
| 03/22/04 | OTHER |
| | PLNTF EDITH SIMMONS INDIV FRST REQUEST FOR PRODUCTION TO DFNDT |
| 03/22/04 | OTHER |
| | PLNTF EDITH SIMMONS INDIV FRST SET OF INTERROGATORIES TO DFNDT |
| 03/22/04 | AMENDED ORIGINAL PETITION |
| | PLAINTIFFS  FIRST AMENDED PETITION |
| 03/22/04 | REQUEST |
| | PLAINTIFF EDITH SIMMONS   REQUEST FOR DISCLOSURE TO DEFENDANT HOSPICE OF EAST TEXAS |
| 03/22/04 | REQUEST FOR PRODUCTION   INTEROGATORIES   ADMISSIONS |
| | PLAINTIFF EDITH SIMMONS    INDIVIDUALLY  FIRST REQUEST FOR PRODUCTION TO DEFENDANT HOSPICE OF EAST TEXAS |

# Civil Docket
## 71st Judicial District

| Case No. 03-0891 | May 3rd, 2005 |
| --- | --- |
| HARRISON County | 10:44am |

| Date | | Volume | Page |
| --- | --- | --- | --- |

### Events & Orders of the Court (cont.)

| Date | Event | | |
| --- | --- | --- | --- |
| 03/22/04 | INTERROGATORIES<br>PLAINTIFF EDITH SIMMONS  INDIVIDUALLY  FIRST SET OF INTERROGATORIES TO DEFENDANT HOSPICE OF EAST TEXAS | | |
| 03/22/04 | REQUEST<br>PLAINTIFF EDITH SIMMONS; INDIVIDUALLY  FIRST REQUEST FOR PRODUCTION TO DEFENDANT JOHN MCDONALD  D O | | |
| 03/22/04 | OTHER<br>PLAINTIFF EIDTH SIMMONS  INDIVIDUALLY  FIRST SET FOR INTERROGATORIES TO DEFENDANT JOHN MCDONALD  D O | | |
| 03/24/04 | CITATION BY CERTIFIED MAIL Served - HOSPICE OF EAST TEXAS - Answer due: 04/19/04 | | |
| 04/02/04 | DOCKET CALL | | |
| 04/16/04 | ORIGINAL ANSWER<br>DFDNT HOSPICE OF EAST TEXAS DBA SITTERS + PLUS ORIG ANS (ADAMS & COFFEY - WILLIAM B  COFFEY  JR.) | | |
| 05/27/04 | RESPONSE<br>DEFEMDANT HOSPICE OF EAST TEXAS RESPOSES TO PLAINTIFFS  REQUEST FOR DISCLOSURE | | |
| 05/27/04 | ANSWER<br>DEFENDANT HOSPICE OF EAST TEXAS ANSWERS TO INTERROGATORIES | | |
| 05/27/04 | RESPONSE<br>DEFENDANT HOSPICE OF EAST TEXAS RESPONSES TO REQUESTS FOR PRODUCTION | | |
| 06/03/04 | OTHER<br>VERTIFICATION PAGE | | |
| 06/07/04 | CERTIFICATE OF WRITTEN DISCOVERY<br>PLNTFS EDITH SIMMONS | | |
| 06/23/04 | MOTION<br>PLNTFS MTN TO COMPEL DISCOVERY FROM DFNDT 22 ACQUISITION CORP DBA MERRITT PLAZA REHABILITATION AND LIVING CENTER AND REQUEST FOR PRIVILEGE LOG | | |
| 07/06/04 | NOTICE<br>PLNTFS NTC OF INTENTION TO TAKE VIDEO DEPOSITION OF MICHAEL COUCH  JOHN MCDONALD. JOE GRIFFITH  CAMY CAMP AND HAZEL GEORGE | | |
| 08/02/04 | RESPONSE<br>DFNT HOSPICE OF EAST TX RESPONSE TO SUBPOENA DUCES TECUM ATTACHED TO DESPOSITION NOTICE OF MICHAEL COUCH | | |
| 08/30/04 | OTHER<br>REPORTS CERT OF JOHN MCDONALD | | |
| 08/30/04 | OTHER<br>REPORTER S CERTIFICATION DEPOSTN OF JOE GRIFFITH & SHIRLEY HARRIS | | |
| 08/31/04 | OTHER<br>REPORTER CERTIFICATION | | |
| 09/09/04 | MOTION | | |

# Civil Docket
### 71st Judicial District

| Case No. 03-0891 | May 3rd, 2005 |
|---|---|
| HARRISON County | 10:44am |

| Date | | Volume | Page |
|---|---|---|---|

### Events & Orders of the Court (cont.)

```
              PLNTFS M/NONDESTRUCTIVE TESTING
09/09/04      OTHER
              PLNTFS REQUEST FOR ADMISSIONS TO DFDNT MERRITT PLAZA
              REHABILITATION AND LIVING CENTER
09/09/04      REQUEST
              PLAINTIFFS SECOND REQUEST FOR PRODUCTION TO DEFENDANT MERRITT
              PLAZA REHABILITATION AND LIVING CENTER
09/20/04      OTHER
              PLNTFS 4590I EXPORT REPORT
09/27/04      OTHER
              REPORTER S CERTIFICATE
10/25/04      NOTICE
              PLNTFS NTC OF INTENTION TO TAKE VIDEO DEPOSIITON OF LAKESHIA
              OWENS  LVN  JAWANA STEPHENS  LVN  BETTY GRAY  LVN  SARA GEDDIE
              WILEY LVN  ARTIS E  NEWSOME  PT  SANDRA WILLIAMS  RN  CAROLYN
              STIGALL RN & JAN GRAY RN
10/25/04      MOTION
              PLNTRFS MTN TO COMPEL DISCOVERY FROM DFNDT 22 ACQUISTION CORP
              DBA MERRITT PLAZA REHABILITATION AND LIVING CENTER
10/26/04      NOTICE OF HEARING
              FIAT FOR 11/22/04
10/26/04      LETTER
              LETTER FROM RANDALL MOORE TO COUNSEL
11/01/04      MOTION
              DFDNT 22 ACQUISITION CORP  D/B/A MERITT PLAZA REHABILITATION AND
              LIVING CENTER S RESPONSE TO PLNTFS M/NONDESTRUCTIVE TESTING
11/22/04      M/ COMPEL
              M/Compel and M/Nondestructive Testing and M/Scheduling Order
11/23/04      M/ SCHEDULING CONF
11/23/04      CERTIFICATE OF WRITTEN DISCOVERY
              PLAINTIFF S CERTIFICATE OF WRITTEN DISCOVERY
11/23/04      OTHER
              LETTER FROM CINDY TALLEY TO SHERRY GRIFFIS
11/23/04      LETTER
              LETTER FROM CINDY TALLEY TO COUNSEL
11/29/04      LETTER
              LETTER FROM RANDALL MOORE TO COUNSEL CANCELLATION OF HEARING
12/10/04      OTHER
              LETTER FROM RANDALL D MOORE TO SHERRY GRIFFIS
12/10/04      OTHER
              PLAINTIFFS' FIRST AMENDED NOTICE OF INTENTION TO TAKE VIDEO
              DEPOSITION OF LAKESHIA OWENS  LVN
12/10/04      OTHER
              PLAINTIFFS  FIRST AMENDED NOTICE OF INTENTION TO TAKE VIDEO
              DEPOSITION OF JAWANA STEPHENS  LVN
```

# Civil Docket
### 71st Judicial District

Case No. 03-0891　　　　　　　　　　　　　　　　May 3rd, 2005
HARRISON County　　　　　　　　　　　　　　　　10:44am

| Date | | Volume | Page |
|---|---|---|---|

### Events & Orders of the Court (cont.)

| Date | Event |
|---|---|
| 12/10/04 | OTHER<br>PLAINTIFFS FIRST AMENDED NOTICE OF INTENTION TO TAKE VIDEO DEPOSITION OF BETTY GRAY  LVN |
| 12/10/04 | OTHER<br>PLAINTIFFS FIRST AMENDED NOTICE OF INTENTION TO TAKE VIDEO DEPOSITION OF SARA GEDDIE WILEY  LVN |
| 12/10/04 | OTHER<br>PLAINTIFFS FIRST AMENDED NOTICE OF INTENTION TO TAKE VIDEO DEPOSITION OF ARTIS E NEWSOME. PT |
| 12/10/04 | OTHER<br>PLAINTIFFS FIRST AMENDED NOTIVE OF INTENTION TO TAKE VIDEO DEPOSITION OF JAN GRAY  RN |
| 12/10/04 | OTHER<br>PLAINTIFFS' FIRST AMENDED NOTICE OF INTENTION TO TAKE DEPOSITION OF CAROLYN STIGALL. RN |
| 12/10/04 | OTHER<br>PLAINTIFFS FIRST AMENDED NOTICE OF INTENTION TO TAKE VIDEO DEPOSITION OF SANDRA WILLIAMS  RN |
| 12/13/04 | LETTER<br>LETTER FROM RANDALL MOORE TO JOYCE HILL |
| 12/13/04 | LETTER<br>LETTER FROM RANDALL MOORE TO COUNSEL |
| 12/16/04 | LETTER<br>LETTER FROM DELTA BEST TO JUDGE LEGGAT |
| 12/28/04 | OTHER<br>LETTER TO SHERRY FROM LANCE VINCENT |
| 12/28/04 | OTHER<br>NOTICE OF CHANGE OF COUNSELS FIRM AND ADDRESS |
| 01/06/05 | AMENDED ORIGINAL ANSWER<br>FIRST AMNDED ORIG ANS OF DFNDT HOSPICE OF EAST TEXAS D/B/A SITTERS + PLUS |
| 01/07/05 | DOCKET CALL |
| 01/12/05 | LETTER<br>LETTER FROM RANDALL MOORE TO JUDGE LEGGAT |
| 01/13/05 | AFFIDAVIT<br>AFFIDAVIT OF CAMMIE CAMP |
| 01/13/05 | LETTER<br>LETTER FROM RANDALL MOORE TO COUNSEL |
| 01/18/05 | OTHER<br>LETTER FROM RANDALL D MOORE TO SHERRY GRIFFIS |
| 01/18/05 | OBJECTIONS<br>PLAINTIFF S OBJECTIONS TO THE AFFIDAVIT OF CAMY CAMP |
| 01/18/05 | LETTER<br>LETTER FROM RANDALL MOORE TO COUNSEL |
| 01/18/05 | LETTER |

# Civil Docket
### 71st Judicial District

Case No. 03-0891  
HARRISON County  

May 3rd, 2005  
10:44am

| Date | | Volume | Page |
|---|---|---|---|

### Events & Orders of the Court (cont.)

|  |  |
|---|---|
|  | LETTER FROM RNDALL MOORE TO JOYCE HILL |
| 01/19/05 | HEARING<br>M/Nondestructive Testing |
| 01/19/05 | M/ COMPEL |
| 01/19/05 | SCHEDULING ORDER<br>COURT S SCHEDULING ORDER |
| 02/01/05 | MOTION TO WITHDRAW AS COUNSEL<br>MTN TO WITHDRAW AS COUNSEL OF RECORD |
| 02/02/05 | ORDER<br>ORDER GRNTNG WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| 02/07/05 | M/ WITHDRAW<br>Def  22 Acquisition - Teleconf |
| 02/07/05 | NOTICE<br>PLNTRFS FIRST AMNDED NTC OF INTENTION TO TAKE VIDEO DEPOSITION OF CAMY CAMP |
| 02/15/05 | OTHER<br>PLNTFS THIRD REQUEST FOR PRODUCTION TO DFNDT MERRITT PLAZA REHABILITAION AND LIVING CENTER |
| 02/15/05 | OTHER<br>PLNTFS EDITH SIMMONS INDIV SECOND SET OF INTERROGATORIES TO DFNDT |
| 02/16/05 | ORDER<br>ORDER ON PLNTFS MTN TO COMPEL IDSCOVERY FROM DFDNT 22 ACQUISITION CORP  D/B/A MERRITT PLAZA REHABILATION AND LIVING CENTER |
| 02/22/05 | OTHER<br>REPORTER S CERTIFICATE (4) |
| 02/22/05 | CERTIFICATE OF WRITTEN DISCOVERY<br>PLNTFS EDITH SIMMONS  INDIV AND ON BEHALF OF THE ESTATE OF VELMA CHERRY, DECEASED AND BRENSON CHERRY |
| 02/22/05 | NOTICE<br>NTC OF INTENTION TO TAKE DEPOSITION BY WRITTEN QUESTIONS |
| 02/22/05 | SUBPOENA ISSUED<br>SUBPOENA ISSUED TO TEXAS DEPT  OF STATE HEALTH SERVICES |
| 02/25/05 | DEPOSITION<br>DEPOSITION BY WRITTEN QUESTIONS TO THE CUSTODIAN OF RECORDS FOR TX DEPT OF STATE HEALTH SERVICES |
| 03/08/05 | PETITION<br>PLNTFS SECOND AMENDED PTN |
| 03/09/05 | CITATION RETRND TO ATTY FOR SERVICE Issued -Defendant   FISHMAN. STEVEN |
| 03/09/05 | CITATION RETRND TO ATTY FOR SERVICE Issued -Defendant   ZA CONSULTING  L.L C |
| 03/09/05 | CITATION RETRND TO ATTY FOR SERVICE Issued -Defendant FREEBOURN  ROY |

# Civil Docket
### 71st Judicial District

| | |
|---|---|
| Case No. 03-0891 | May 3rd, 2005 |
| HARRISON County | 10:44am |

| Date | | Volume | Page |
|---|---|---|---|

### Events & Orders of the Court (cont.)

| Date | Entry |
|---|---|
| 03/09/05 | CITATION RETRND TO ATTY FOR SERVICE Issued -Defendant, MCKAY DONALD J. |
| 03/09/05 | CITATION RETRND TO ATTY FOR SERVICE Issued -Defendant, TOTAL HEALTHCARE CONSULTANTS |
| 03/09/05 | CITATION RETRND TO ATTY FOR SERVICE Issued -Defendant, GRACE CARE OF TEXAS  INC |
| 03/09/05 | CITATION RETRND TO ATTY FOR SERVICE Issued -Defendant, FE HFS HOLDINGS  INC |
| 03/10/05 | ORDER<br>ORDER AUTHORIZING SERVICE UNDER RULE 103 TEXAS RULES OF CIVIL PROCEDURE |
| 03/23/05 | DISCLOSURE<br>DEFENDANT HOSPICE OF EAST TEXAS SUPPEMENTAL RESPONSES TO PLAINTIFFS  REQUEST FOR DISCLOSURE |
| 03/28/05 | NOTICE<br>PLNTFS NTC OF INTENTION TO TAKE VIDEO DEPOSITION OF DR. HELEN GRAHAM |
| 03/30/05 | DISCOVERY<br>PLAINTIFFS  CERTOFOCATE PR WROTTEM DOSCPVERY |
| 04/04/05 | LETTER<br>LETTER FROM SCOTT D  GREENER TO SHERRY GRIFFIS |
| 04/04/05 | DEPOSITION<br>REPORTERS  CERTIFICATE VIDEOTAPED ORAL DEPOSITION OF CAMMIE CAMP FEB  22  2005 |
| 04/12/05 | MOTION FOR SUMMARY JUDGMENT<br>DEFENDANT HOPSPICE OF EAST TEXAS RULE 166a(I) NO EVIDENCE MOTION FOR SUMMARY JUDGEMENT AGAINST EDITH SIMMONS INDIVIDUALLY AND BRENSON CHERRY  INDIVIVUALLY |
| 04/13/05 | ORDER<br>ORDER AUTHORIZING SUBSTITUTED SERVICE |
| 04/13/05 | MOTION TO SUBSTITUTE COUNSEL<br>PLNTFS M/SUBSTITUTED SERVICE |
| 04/14/05 | NOTICE<br>NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL |
| 04/15/05 | MOTION FOR SUMMARY JUDGMENT<br>PLNTFS PARTIAL M/SJ |
| 04/21/05 | MOTION FOR CONTINUANCE<br>JOINT MOTION FOR CONTINUANCE |
| 04/29/05 | LETTER<br>LETTER FROM SCOTT GREENER TO SHERRY REQUEST A HEARING ON MTN |
| 05/03/05 | LETTER<br>LETTER FROM SCOTT GREENER TO SHERRY |
| 05/03/05 | LETTER<br>LETTER FROM SCOTT GREENER TO SHERRY |
| 05/04/05 | M/ CONTINUANCE |

# Civil Docket
### 71st Judicial District

Case No. 03-0891  
HARRISON County

May 3rd, 2005  
10:44am

| Date | | Volume | Page |
|---|---|---|---|

**Events & Orders of the Court (cont.)**

05/09/05  JURY TRIAL  
Set by agreement at s ch conf on 11/23/04